# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

JOSE A. PEREZ ROMAN, et al

Plaintiffs

vs.   Civil 98-2019 (PG)

PEDRO TOLEDO DAVILA, et al

Defendants

## ORDER

It appears from the docket of this case that the complaint was filed on September 8, 1998, and that summons were issued on September 10, 1998. No further action having been taken, this case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20th day of April, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev. 8/82)