**ENTERED ON DOCKET**

4/24/00 _PURSUANT_

**TO FRCP RULES 58 & 79a**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

JOSE A. PEREZ-ROMAN, ET AL.,       *
    Plaintiffs,                       *
                      *
        v.                         *        CIVIL NO. 98-2019(PG)
                      *
PEDRO TOLEDO-DAVILA, ET AL.,       *
    Defendants.                       *

_RECEIVED & FILED_
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
00 APR 24 AM 9:

## J U D G M E N T

On April 20, 2000 the Court entered an Order dismissing the case with prejudice for lack of prosecution.

WHEREFORE, judgment is hereby entered **Dismissing the case with prejudice** for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, April 20, 2000.

_Juan M. Perez-Gimenez_
JUAN M. PEREZ-GIMENEZ
U.S. District Judge